**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | |
| **JAMES SIMS,** | Bankruptcy No. 09-21812-TPA |
| Debtor. | Adversary No. |
| **JAMES SIMS,** | Chapter 11 |
| Movant, | Document No. |
| vs. | Related to Doc. No. |
| **CROSSROADS DINOR, LTD,** | Hearing Date and Time: None scheduled yet |
| Respondent. | |

**COMPLAINT FOR VALUATION OF SECURITY CLAIM PURSUANT TO 11 U.S.C. §506(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3012**

**AND NOW** comes James Sims, by and through his Counsel, Robert O Lampl, John P. Lacher and Elsie R. Lampl and files the following **COMPLAINT FOR VALUATION OF SECURITY CLAIM PURSUANT TO 11 U.S.C. §506(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3012** as follows:

1. The Movant is James Sims, the Debtor in the above Chapter 11 Case.

2. The Respondent is Crossroads Dinor, LTD ("Crossroads Dinor").

3. The Debtor, jointly with his non-debtor spouse, owns the real property located at 101 West Plum Street, Edinboro, Pennsylvania 16412.

4. The Property, as stated by Respondent in its Relief from Stay Motion, is subject to real estate tax arrears, federal tax liens, and three (3) mortgages, as follows:

   a. Real estate taxes in the amount of $6,947.86;

   b. Federal tax liens in the amount of $11,293.40;

    c.    A first mortgage by and between the Debtor and his spouse and Northwest Savings Bank securing an indebtedness of approximately $361,856.28 which Proof of Claim was filed at Claim No. 11;

    d.    A second mortgage by and between the Debtor and his spouse and Northwest Savings Bank securing an indebtedness of approximately $135,040.32 which Proof of Claim was filed at Claim No. 12;

    e.    A third mortgage by and between the Debtor and his spouse and the Respondent securing and indebtedness of approximately $434,304.00. This claim is disputed.

5.    Crossroads Dinor has filed a Proof of Claim in this case at Claim No. 7 which assets a secured claim against the Debtor in the amount of $448,558.89.

6.    The Debtor disputes the amount of this claim and has filed an objection to this claim based upon the amount of its secured status. An Objection to Claim was filed by the Debtor on July 14, 2009.

7.    The Property at issue is necessary to an effective reorganization of the Debtor in this Chapter 11 Case.

8.    To expedite reorganization, this Motion requests a determination of the valuation of the property and a determination of the amount of the secured claim held by Crossroads Dinor.

9.    The Debtor believes and therefore avers that the Respondent is wholly unsecured and has no secured claim in the property at issue. This is calculated as follows:

    a.    Market value as appraised in 2007- $440,000.00;

b. Less Real Estate Taxes- $6,947.86;

c. Less First Mortgage held by Northwest Savings Bank securing an indebtedness of approximately $361,856.28 (Claim No. 11); and

d. Less Second Mortgage held by Northwest Savings Bank securing an indebtedness of approximately $135,040.32 (Claim No. 12)

10. In the alternative, to the extent that this court finds that the Respondent is a secured creditor, Respondent should not be entitled to receive post-petition interest, costs, and attorneys fees in accordance with ***In Re Indian Palms Associates*, 61 F.3d 197, 207 (3d Cir. 1995); 11 U.S.C. Section 506(a)**.

WHEREFORE, it is respectfully requested that this Honorable Court determine pursuant to 11 U.S.C. §506(a) and Federal Rule of Bankruptcy Procedure 3012 that Crossroads Dinor has no secured claim and is wholly unsecured.

Respectfully Submitted,

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
ELSIE R. LAMPL
PA I.D. #208867
Counsel for the Debtor
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| **JAMES SIMS,** | Bankruptcy No. 09-21812-TPA |
| Debtor. | Adversary No. |
| **JAMES SIMS,** | Chapter 11 |
| Movant, | Document No. |
| vs. | Related to Doc. No. |
| **CROSSROADS DINOR, LTD,** | Hearing Date and Time: None scheduled yet |
| Respondent. | |

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher and Elsie R. Lampl, hereby certify, that on the 14th day of July, 2009, a true and correct copy of the foregoing **COMPLAINT FOR VALUATION OF SECURITY CLAIM PURSUANT TO 11 U.S.C. §506(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3012** was served upon the following *(via electronic service and/or first class mail)*:

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Susan Fuhrer Reiter
MacDonald, Illig, Jones & Britton, LLP
100 State Street, Suite 700
Erie, PA 16507

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
ELSIE R. LAMPL
PA I.D. # 208867
Counsel for the Debtor
960 Penn Avenue, Suite 1200
Pittsburgh, PA  15222
(412) 392-0330 (phone)

Case 09-21812-CMB    Doc 129    Filed 07/16/09    Entered 07/16/09 16:39:55    Desc Main
Document      Page 5 of 5